BTXN 117a (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Rockall Energy Holdings, LLC §
§ Case No.: 22−90000−mxm11
Debtor(s) § Chapter No.: 11
Ankura Consulting Group, LLC, solely in its capacity as §
the Liquidation Trustee of the Rockall Liquidation §
Trust §
Plaintiff(s) § Adversary No.: 22−09000−mxm
vs. §
Krewe Energy, LLC §
Defendant(s) §
§
§

# SUMMONS IN AN ADVERSARY PROCEEDING

To the above−named defendant:

You are hereby summoned and required to serve upon **Hunter Brandon Jones**, Plaintiff's attorney (or if Plaintiff is not represented by counsel, upon Plaintiff), whose address is **Bonds Ellis Eppich Schafer Jones LLP 420 Throckmorton Street, Suite 1000 Fort Worth, TX 76102** , either a motion or an answer to the complaint which is now served upon you. If you elect to respond first by motion, as you may pursuant to Fed. R. Bankr. P. 7012, that governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon Plaintiff's attorney (or upon Plaintiff if Plaintiff is not represented by counsel) within 30 days of the date of issuance of this summons by the clerk (or by the following date prescribed by the court: N/A) except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of the summons.

*{If this summons and complaint is served in a foreign country}* Service of your answer must be made by the following date prescribed by the court N/A.

The motion or answer served by you must be filed with this court before service or within a reasonable time after service. **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

DATED: 12/13/22      FOR THE COURT:
           Robert P. Colwell, Clerk of Court

           by: /s/Jennifer Calfee, Deputy Clerk



In Re: Ankura Consulting Group, LLC, solely in its capaci v. Krewe Energy, LLC
Case No. 22-90000-mxm11 -11
Adv. No. 22-09000-mxm

# SUMMONS SERVICE EXECUTED

I, __Timothy Couch__

of** __Interstate Process Service__

certify:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the __29__ day of __December__, __2022__ I served a copy of the within summons, together with the complaint filed in this proceeding, on

__Paul Damian Rees__

the defendant in this proceeding, by {describe here the mode of service}
__Personal Service__

the said defendant at

__Weller and Rees Law Office__
__2900 E Causeway Appr., Ste. D__
__Mandeville, LA 70448__

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __12-29-22__        _____
            (Date)                (Signature)

** __1100 Poydras St. New Orleans, LA 70163__
   State mailing address