Joshua N. Eppich (Texas Bar No. 24050567)
H. Brandon Jones (Texas Bar No. 24060043)
J. Robertson Clarke (Texas Bar No. 24108098)
Bryan C. Assink (Texas Bar No. 24089009)
**BONDS ELLIS EPPICH SCHAFER JONES LLP**
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: joshua@bondsellis.com
Email: brandon@bondsellis.com
Email: robbie.clarke@bondsellis.com
Email: bryan.assink@bondsellis.com

*Counsel for Plaintiff Liquidation Trustee*
*of the Rockall Liquidation Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 22-90000 (mxm)** |
| | § | |
| **ROCKALL ENERGY HOLDINGS, LLC,** *et al.*, | § | **Chapter 11** |
| | § | |
| **Reorganized Debtors.** | § | **Jointly Administered** |

| | | |
|---|---|---|
| **ANKURA CONSULTING GROUP, LLC, SOLELY IN ITS CAPACITY AS LIQUIDATION TRUSTEE OF THE ROCKALL LIQUIDATION TRUST** | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Adv. Proc. No. 22-09000 (mxm)** |
| | § | |
| **KREWE ENERGY, LLC** | § | |
| | § | |
| **Defendant.** | § | |

## <u>CERTIFICATE OF SERVICE</u>

I, H. Brandon Jones of Bonds Ellis Eppich Schafer Jones LLP, counsel for the Plaintiff

Liquidation Trustee of the Rockall Liquidation Trust in the above-captioned case, hereby verify

that, on December 28, 2022, at my direction and under my supervision, caused the following documents to be served on the Defendant via certified mail[1]:

i. *Summons issued on Krewe Energy, LLC* [Docket No. 4];

ii. *Complaint by Ankura Consulting Group, LLC, solely in its capacity as the Liquidation Trustee of the Rockall Liquidation Trust against Krewe Energy, LLC.* [Docket No. 1]; and

iii. *Scheduling Order setting deadlines* [Docket No. 3].

Dated: January 3, 2023                    Respectfully submitted,

                                          *By:*  */s/ H. Brandon Jones*
                                          Joshua N. Eppich
                                          Texas Bar No. 24050567
                                          joshua@bondsellis.com
                                          H. Brandon Jones
                                          Texas Bar No. 24060043
                                          brandon@bondsellis.com
                                          J. Robertson Clarke
                                          Texas Bar No. 24108098
                                          robbie.clarke@bondsellis.com
                                          Bryan C. Assink
                                          Texas Bar No. 24089009
                                          bryan.assink@bondsellis.com

                                          **BONDS ELLIS EPPICH SCHAFER JONES LLP**
                                          420 Throckmorton Street, Suite 1000
                                          Fort Worth, Texas 76102
                                          (817) 405-6900 telephone
                                          (817) 405-6902 facsimile

                                          ***Counsel for Plaintiff Liquidation Trustee
                                          of the Rockall Liquidation Trust***

---

[1] Exhibit A – CMRRR 7021 2720 0003 1267 6392

# Exhibit A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**KREWE ENERGY LLC**
c/o registered agent, Paul D. Rees
2900 E. Causeway Approach, Suite D,
Mandeville, LA 70448

9590 9402 7810 2152 8376 91

2. Article Number (Transfer from service label)

7021 2720 0003 1267 6392

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $    Postmark
☐ Certified Mail Restricted Delivery  $    Here
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Post

Sent To
KREWE ENERGY LLC
c/o registered agent, Paul D. Rees
2900 E. Causeway Approach, Suite D,
Mandeville, LA 70448

City, State,

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 2720 0003 1267 6392

KREWE ENERGY LLC
c/o registered agent, Paul Damian Rees
2900 E. Causeway Approach, Suite D,
Mandeville, LA 70448



12/21/2022
033A 0071808652

FP US POSTAGE
$008.30℉
First Class Mail
ZIP 76102

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery  $

Postmark
Here

DEC 21 2022

Postage

$

Total Post

**KREWE ENERGY LLC**
c/o registered agent, Paul D. Rees
2900 E. Causeway Approach, Suite D,
Mandeville, LA 70448

Sent To

$

Street and

City, State,

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7021 2720 0003 1267 6392

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70212720000312676392

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 11:35 am on December 28, 2022 in MANDEVILLE, LA 70448.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Left with Individual**
MANDEVILLE, LA 70448
December 28, 2022, 11:35 am

● **Departed USPS Regional Facility**
NEW ORLEANS LA DISTRIBUTION CENTER
December 27, 2022, 6:04 pm

● **In Transit to Next Facility**
December 25, 2022

● **Arrived at USPS Regional Facility**
NEW ORLEANS LA DISTRIBUTION CENTER
December 23, 2022, 12:49 pm

● **Arrived at USPS Regional Facility**
COPPELL TX DISTRIBUTION CENTER
December 22, 2022, 12:01 am

● **Hide Tracking History**

Feedback

**Text & Email Updates**                                                    ⌄

**USPS Tracking Plus®**   ⌄

---

**Product Information**   ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**